# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 3, 2024

## NO. 03-22-00498-CV

**Paula Chavez, Daniel Fagan, and April Chavez, Individually and as next friend of D. C., a minor, M. G., a minor, and S. C., a minor; and Tommy Chavez, Appellants**

**v.**

**Silverleaf Resorts, LLC, formerly Silverleaf Resorts, Inc; and Holiday Inn Club Vacation Incorporated, formerly Orange Lake Country Club, Inc., Appellees**

## APPEAL FROM THE 207TH DISTRICT COURT OF COMAL COUNTY
## BEFORE JUSTICES BAKER, KELLY, AND SMITH
## REVERSED AND REMANDED -- OPINION BY JUSTICE KELLY

This is an appeal from the order granting summary judgment signed by the trial court on May 18, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's order. Therefore, the Court reverses the trial court's order granting summary judgment and remands the case to the trial court for further proceedings. Appellees shall pay all costs relating to this appeal, both in this Court and in the court below.